IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN MICHAEL PERRYMAN, II, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:20-CV-702-WKW |
| ) | [WO] |
| SONJA PRITCHETT, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

On December 29, 2020, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 11.) Upon an independent review of the record, it is ORDERED that the Recommendation is ADOPTED and that this action is DISMISSED without prejudice.

Final judgment will be entered separately.

DONE this 19th day of January, 2021.

                                                  /s/ W. Keith Watkins
                                        UNITED STATES DISTRICT JUDGE